**Petition for Writ of Mandamus Denied and Opinion filed February 25, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00057-CV

_____

## IN RE AMY I. LEE, M.D., AMY I. LEE, M.D., P.A., JAYME LYNN ADAMS, CRNA, AND U.S. ANESTHESIA PARTNERS, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-39088**

## MEMORANDUM OPINION

On January 25, 2021, relators Amy I. Lee, M.D., Amy I. Lee, M.D., P.A., Jayme Lynn Adams, CRNA, and U.S. Anesthesia Partners, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kristen Brauchle Hawkins, presiding judge of the 11th District Court of Harris County, to (1) vacate the trial court's order of January 11, 2021; (2) submit evidence on Dr.

Carlos Ferrari's proportionate responsibility or comparative negligence; and (3) sign the order filed by relators.

Because relators have not shown they are entitled to mandamus relief, we deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.